## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

In Re: Robert C. Bernstein
      Debtor(s)

Case No.: 16-50564

**FILED** 2016 MAY 17 A 10:

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

**Lessor's Response To**
**Initial Statement About An Eviction Judgment (Form 101A) And**
**Deposit Of Funds**

Pursuant to the notice provided by the court of the above referenced debtor's intent to cure default, I hereby: (check one)

_____ Object to the debtor's intent to cure. (Please provide a separate document providing the basis for your objection)

--or--

__X__ Agree to receive the funds deposited with the court. Funds should be forwarded as follows:

Name: _QUARRY CLOSE FARM PARTNERS LLC_

Address: _C/O CHRIS DEMARTINO_

        _P. O. BOX 170_

        _THORNWOOD, NY 10594_

Phone
Number: _(914) 447-0452_

Dated: _5/13/2016_

Signed: _Chris DeMartino, manager_
                Lessor

If you object, the court will set a hearing within ten days on your objection.

X SEE ATTACHED FOR AMOUNTS STILL DUE :

Form intcure

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Robert C. Bernstein
     Debtor(s)

Case No.: 16–50564

### Notice of Initial Statement About An Eviction Judgment (Form 101A)
### and Deposit of Funds

    Please take notice that in the above referenced action the debtor has filed a certification indicating an intent to cure a pre–petition default on leased premises pursuant to 11 U.S.C. §362 (1)(1). See Document No. 6 and 10 . filed on 4/27/2016 and 5/6/2016 . Further, the debtor deposited $ 3750.00 with the court representing the rent that would become due during the 30 day period following the filing of the petition.

    You must respond to the court on the enclosed form within 15 days indicating whether you object to the debtor's intent to cure, or assent to the receipt of the funds held by the clerk. If you agree to the delivery of the funds please confirm or make any necessary changes to the address to which the funds should be released.

Dated: May 9, 2016

*Myrna Atwater*

Myrna Atwater
Clerk, U.S. Bankruptcy Court

| | | | | |
|---|---|---|---|---|
| May 9, 2016 | 318.00 | 0.00 | MARSHALL EXPENSES | 318.00 |
| | | | | |
| | | | | |
| | | | Remaining Security Deposit to be paid | 2,750.00 |
| | | | Required Last Month Rent to be paid | 3,750.00 |
| | | | Rent Due from 1/1/16 - 4/30/16 | 14,450.00 |
| | | | Legal/Marshall Related Eviction Expenses | 2,383.56 |
| | | | | |
| | | | TOTAL DUE AS OF 05/13/16 | 23,333.56 |

| Rental Period | Amount Due | Payment Made | Payment Date | Balance Due |
|---|---|---|---|---|
| SECURITY DEPOSIT | 3,750.00 | 1,000.00 | Paid 1,000 Towards Security on 04/08/15 | 2,750.00 |
| LAST MONTHS RENT | 3,750.00 | 0.00 | NO PAYMENT MADE AS OF 05/13/16 | 3,750.00 |
| Dec 5, 2014 - Dec 31, 2014 | 3,000.00 | 3,000.00 | Paid 3,000 for December on 12/09/14 | 0.00 |
| January 2015 | 3,500.00 | 3,500.00 | Paid 3,500 for January on 01/20/15 | 0.00 |
| February 2015 | 3,500.00 | 3,500.00 | Paid 3,500 for February on 03/18/15 | 0.00 |
| March 2015 | 3,500.00 | 3,500.00 | Paid 3,500 for March on 04/08/15 | 0.00 |
| April 2015 | 3,500.00 | 2,300.00 | Paid 2,300 for April on 05/22/15 | 0.00 |
| | | 1,200.00 | Paid 1,200 for April on 06/15/15 | |
| May 2015 | 3,500.00 | 2,800.00 | Paid 2,800 for May on 06/15/15 | 0.00 |
| | | 700.00 | Paid 700 for May on 07/27/15 | |
| June 2015 | 3,500.00 | 2,300.00 | Paid 2,300 for June on 07/27/15 | 0.00 |
| | | 1,200.00 | Paid 1,200 for June on 09/01/15 | |
| July 2015 | 3,500.00 | 3,300.00 | Paid 3,300 for July on 09/1/15 | 0.00 |
| | | 200.00 | Paid 200 for July on 09/26/15 | |
| August 2015 | 3,500.00 | 2,300.00 | Paid 2,300 for August on 09/26/15 | 0.00 |
| | | 1,200.00 | Paid 1,200 for August on 10/13/15 | |
| September 2015 | 3,500.00 | 1,300.00 | Paid 1,300 for September on 10/13/15 | 0.00 |
| | | 2,200.00 | Paid 2,200 for September on 11/12/15 | |
| October 2015 | 3,500.00 | 1,300.00 | Paid 1,300 for October on 11/12/15 | 0.00 |
| | | 2,200.00 | Paid 2,200 for October on 04/01/16 | |
| November 2015 | 3,500.00 | 3,500.00 | Paid 3,500 for November on 04/01/16 | 0.00 |
| December 2015 | 3,750.00 | 3,750.00 | Paid 3,750 for December on 04/01/16 | 0.00 |
| January 2016 | 3,750.00 | 550.00 | Paid 550 for January on 04/01/16 | 3,200.00 |
| February 2016 | 3,750.00 | 0.00 | NO PAYMENT MADE AS OF 05/01/16 | 3,750.00 |
| March 2016 | 3,750.00 | 0.00 | NO PAYMENT MADE AS OF 05/01/16 | 3,750.00 |
| April 2016 | 3,750.00 | 0.00 | NO PAYMENT MADE AS OF 05/01/16 | 3,750.00 |
| May 2016 | 3,750.00 | 3,750.00 | MAY RENT HELD BY BANKRUPTCY COURT | 0.00 |
| December 15, 2015 | 1,065.56 | 0.00 | LEGAL RETAINER & EXPENSES | 1,065.56 |